## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-mj-01164-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROBERTO RODRIGUEZ,

    Defendant.

---

## ORDER DISMISSING COMPLAINT

---

    This matter is before the Court on the United States' Motion to Dismiss the Complaint in this action.  The Court having considered this motion and for good cause shown,

    IT IS HEREBY ORDERED that the Complaint against Defendant Roberto Rodriguez is dismissed.

    Dated at Denver, Colorado, this 26th day of October, 2009.

                                                BY THE COURT:

                                                *Michael E. Hegarty*

                                                Michael E. Hegarty
                                                United States Magistrate Judge